*In re* EXTENSIÓN DE TÉRMINOS POR MOTIVO DEL 25 DE NOVIEMBRE DE 2005.

*Número:* EM-2005-09        *Resuelto:* 21 de noviembre de 2005

## RESOLUCIÓN

El Juez Presidente, Hon. Federico Hernández Denton, ha concedido libre con cargo a vacaciones a los empleados y funcionarios de la Rama Judicial el viernes 25 de noviembre de 2005.

A tales efectos, y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales se aplicará lo dispuesto por los Arts. 388–389 del Código Político de 1902 (1 L.P.R.A. secs. 72–73) y se considerará el viernes, 25 de noviembre de 2005, como si fuera un día feriado completo. Cualquier término que venza ese día se extenderá hasta el lunes 28 de noviembre de 2005, próximo día laborable.

*Se ordena la inmediata difusión pública de esta Resolución. Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

(*Fdo.*) Dimarie Alicea Lozada
*Secretaria del Tribunal Supremo Interina*